4:25-cv-197-DMB-RP

**Department of the Treasury**
**Internal Revenue Service**
**Small Business / Self-Employed**
IRS Mail Stop 5303
1973 Rulon White Blvd
Ogden, UT 84404

SOUTH DELTA PLANNING & DEVELOPMENT
DISTRICT INC
1427 S MAIN STREET STE 147
GREENVILLE      MS 38701

Date:
12/11/2023
Taxpayer ID number (last 4 digits):
6158
Form:
941
Tax period:
06/30/2020
Person to contact:
Name: Charles Orrell
ID number: 143602
Telephone: 801-612-4558
Fax: 855-246-4884
Response due date:
2/9/2024

Dear Taxpayer:

**Why you're receiving this letter**
We're proposing a change to the COVID-19 employer credits you claimed on your Form 941, Employer's Quarterly Federal Tax Return.

**What you need to know**
Our records show you aren't eligible to receive the Sick and Family Leave Credit or the Employee Retention Credit because you aren't an eligible government employer.

The attached information shows the credits we're proposing to disallow. This adjustment will change your employment tax liability and the amount of tax due on the return.

**If you agree with the proposed change**, you don't need to take action at this time.

**If you disagree with the proposed change**, you can fax a signed statement, explaining what you disagree with and why, to the fax number shown above. You can also include documentation supporting your statement.

**If we don't hear from you by the response due date shown above**, we'll disallow the credit and send you a balance due notice.

You can find more information on credit eligibility at **www.irs.gov/coronaetc**.

If you have questions, you can call the contact number shown above.

Keep this letter for your records.

Sincerely,

Tresa Williams
Examination Operations Manager

Letter 6362 (Rev. 7-2021)
Catalog Number 75065B

**EXHIBIT 3 - IRS DISALLOWANCE LETTERS, 12/11/2023**

**Attachment**

| Credit Reported on Return | Non-refundable | Refundable |
|---|---|---|
| Sick and Family Leave Credits | $0.00 | $0.00 |
| Employee Retention Credits | $49,275.21 | $204,008.88 |

**Letter 6362 (Rev. 7-2021)**
Catalog Number 75065B

**EXHIBIT 3 - IRS DISALLOWANCE LETTERS, 12/11/2023**

**IRS** **Department of the Treasury**
**Internal Revenue Service**
**Small Business / Self-Employed**
Mail Stop 5303
1973 Rulon White Blvd
Ogden, UT 84404

SOUTH DELTA PLANNING & DEVELOPMENT
DISTRICT INC
1427 S MAIN STREET STE 147
GREENVILLE            MS 38701

Date:
12/11/2023
**Taxpayer ID number (last 4 digits):**
6158
**Form:**
941
**Tax period:**
09/30/2020
**Person to contact:**
Name: Charles Orrell
ID number: 143602
Telephone: 801-612-4558
Fax: 855-246-4884
**Response due date:**
2/9/2024

Dear Taxpayer:

**Why you're receiving this letter**
We're proposing a change to the COVID-19 employer credits you claimed on your Form 941, Employer's Quarterly Federal Tax Return.

**What you need to know**
Our records show you aren't eligible to receive the Sick and Family Leave Credit or the Employee Retention Credit because you aren't an eligible government employer.

The attached information shows the credits we're proposing to disallow. This adjustment will change your employment tax liability and the amount of tax due on the return.

**If you agree with the proposed change**, you don't need to take action at this time.

**If you disagree with the proposed change**, you can fax a signed statement, explaining what you disagree with and why, to the fax number shown above. You can also include documentation supporting your statement.

**If we don't hear from you by the response due date shown above**, we'll disallow the credit and send you a balance due notice.

You can find more information on credit eligibility at **www.irs.gov/coronaetc**.

If you have questions, you can call the contact number shown above.

Keep this letter for your records.

Sincerely,

Tresa Williams
Examination Operations Manager

Letter 6362 (Rev. 7-2021)
Catalog Number 75065B

**EXHIBIT 3 - IRS DISALLOWANCE LETTERS, 12/11/2023**

**Attachment**

| Credit Reported on Return | Non-refundable | Refundable |
|---|---|---|
| Sick and Family Leave Credits | $0.00 | $0.00 |
| Employee Retention Credits | $11,715.91 | $0.00 |

**Letter 6362 (Rev. 7-2021)**
Catalog Number 75065B

**EXHIBIT 3 - IRS DISALLOWANCE LETTERS, 12/11/2023**

**Department of the Treasury**
**Internal Revenue Service**
**Small Business / Self-Employed**
IRS Mail Stop 5303
1973 Rulon White Blvd
Ogden, UT 84404


SOUTH DELTA PLANNING & DEVELOPMENT
DISTRICT INC
1427 S MAIN STREET STE 147
GREENVILLE          MS 38701

**Date:**
12/11/2023
**Taxpayer ID number (last 4 digits):**
6158
**Form:**
941
**Tax period:**
03/31/2021
**Person to contact:**
Name: Charles Orrell
ID number: 143602
Telephone: 801-612-4558
Fax: 855-246-4884
**Response due date:**
2/9/2024

Dear Taxpayer:

**Why you're receiving this letter**
We're proposing a change to the COVID-19 employer credits you claimed on your Form 941, Employer's Quarterly Federal Tax Return.

**What you need to know**
Our records show you aren't eligible to receive the Sick and Family Leave Credit or the Employee Retention Credit because you aren't an eligible government employer.

The attached information shows the credits we're proposing to disallow. This adjustment will change your employment tax liability and the amount of tax due on the return.

**If you agree with the proposed change**, you don't need to take action at this time.

**If you disagree with the proposed change**, you can fax a signed statement, explaining what you disagree with and why, to the fax number shown above. You can also include documentation supporting your statement.

**If we don't hear from you by the response due date shown above**, we'll disallow the credit and send you a balance due notice.

You can find more information on credit eligibility at **www.irs.gov/coronaetc**.

If you have questions, you can call the contact number shown above.

Keep this letter for your records.

Sincerely,


Tresa Williams
Examination Operations Manager


**Letter 6362 (Rev. 7-2021)**
Catalog Number 75065B


**EXHIBIT 3 - IRS DISALLOWANCE LETTERS, 12/11/2023**

**Attachment**

| Credit Reported on Return | Non-refundable | Refundable |
|---|---|---|
| Sick and Family Leave Credits | $0.00 | $0.00 |
| Employee Retention Credits | $48,055.26 | $322,944.74 |

**Letter 6362 (Rev. 7-2021)**
Catalog Number 75065B

**EXHIBIT 3 - IRS DISALLOWANCE LETTERS, 12/11/2023**

**Department of the Treasury**
**Internal Revenue Service**
**Small Business / Self-Employed**
Mail Stop 5303
1973 Rulon White Blvd
Ogden, UT 84404

| | |
|---|---|
| **Date:** | 12/11/2023 |
| **Taxpayer ID number (last 4 digits):** | 6158 |
| **Form:** | 941 |
| **Tax period:** | 06/30/2021 |

**Person to contact:**
Name: Charles Orrell
ID number: 143602
Telephone: 801-612-4558
Fax: 855-246-4884
**Response due date:**
2/9/2024

SOUTH DELTA PLANNING & DEVELOPMENT
DISTRICT INC
1427 S MAIN STREET STE 147
GREENVILLE          MS 38701

Dear Taxpayer:

**Why you're receiving this letter**
We're proposing a change to the COVID-19 employer credits you claimed on your Form 941, Employer's Quarterly Federal Tax Return.

**What you need to know**
Our records show you aren't eligible to receive the Sick and Family Leave Credit or the Employee Retention Credit because you aren't an eligible government employer.

The attached information shows the credits we're proposing to disallow. This adjustment will change your employment tax liability and the amount of tax due on the return.

**If you agree with the proposed change,** you don't need to take action at this time.

**If you disagree with the proposed change,** you can fax a signed statement, explaining what you disagree with and why, to the fax number shown above. You can also include documentation supporting your statement.

**If we don't hear from you by the response due date shown above,** we'll disallow the credit and send you a balance due notice.

You can find more information on credit eligibility at **www.irs.gov/coronaetc**.

If you have questions, you can call the contact number shown above.

Keep this letter for your records.

Sincerely,

Tresa Williams
Examination Operations Manager

Letter 6362 (Rev. 7-2021)
Catalog Number 75065B

**EXHIBIT 3 - IRS DISALLOWANCE LETTERS, 12/11/2023**

**Attachment**

| Credit Reported on Return | Non-refundable | Refundable |
|---|---|---|
| Sick and Family Leave Credits | $0.00 | $0.00 |
| Employee Retention Credits | $49,616.00 | $327,009.47 |

**Letter 6362 (Rev. 7-2021)**
Catalog Number 75065B

**EXHIBIT 3 - IRS DISALLOWANCE LETTERS, 12/11/2023**