4:25-cv-197-DMB-RP



| HOME | ENROLLMENT | MY PROFILE | PAYMENTS | HELP & INFORMATION | CONTACT US | LOGOUT |

TAXPAYER NAME: SOUTH DELTA PLANNING & DEVELOPMENT          TIN: xxxxx6158

## Deposit Confirmation

**Your payment has been accepted.**

**Payment Successful**

An EFT Acknowledgement Number has been provided for this payment. Please keep this number for your records.

**REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!**

| EFT ACKNOWLEDGEMENT NUMBER: | 270572484845265 |

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx6158 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Balance due on return or notice |
| Tax Period | Q2/2020 |
| Payment Amount | $1,983.54 |
| Settlement Date | 11/20/2025 |
| Account Number | xxxxxx9687 |
| Account Type | CHECKING |
| Routing Number | 084205708 |
| Bank Name | PLANTERS BK & TR CO |

Feedback

Home    Enrollment    My Profile    Payments    Help & Information    Contact Us    Logout

USA.gov     IRS.gov     Treasury.gov

Electronic Federal Tax Payment System® and EFTPS® are registered servicemarks of the U.S. Department of the Treasury's Bureau of the Fiscal Service.

**EXHIBIT 4 – EFTPS PAYMENT CONFIRMATION**

**EFTPS®**

*Electronic Federal Tax Payment System*

| HOME | ENROLLMENT | MY PROFILE | PAYMENTS | HELP & INFORMATION | CONTACT US | LOGOUT |

TAXPAYER NAME: SOUTH DELTA PLANNING & DEVELOPMENT          TIN: xxxxx6158

## Deposit Confirmation

**Your payment has been accepted.**

**Payment Successful**

An EFT Acknowledgement Number has been provided for this payment. Please keep this number for your records.

**REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!**

| EFT ACKNOWLEDGEMENT NUMBER: | 270572423437828 |
|---|---|

| Payment Information | Entered Data |
|---|---|
| Taxpayer EIN | xxxxx6158 |
| Tax Form | 941 Employers Federal Tax |
| Tax Type | Balance due on return or notice |
| Tax Period | Q3/2020 |
| Payment Amount | $1,907.04 |
| Settlement Date | 11/20/2025 |
| Account Number | xxxxxx9687 |
| Account Type | CHECKING |
| Routing Number | 084205708 |
| Bank Name | PLANTERS BK & TR CO |

Feedback

Home    Enrollment    My Profile    Payments    Help & Information    Contact Us    Logout

USA.gov    IRS.gov    Treasury.gov

Electronic Federal Tax Payment System® and EFTPS® are registered servicemarks of the U.S. Department of the Treasury's Bureau of the Fiscal Service.

**EXHIBIT 4 – EFTPS PAYMENT CONFIRMATION**

## EFTPS

*Electronic Federal Tax Payment System*

| HOME | ENROLLMENT | MY PROFILE | PAYMENTS | HELP & INFORMATION | CONTACT US | LOGOUT |
|---|---|---|---|---|---|---|

TAXPAYER NAME: SOUTH DELTA PLANNING & DEVELOPMENT          TIN: xxxxx6158

## Deposit Confirmation

**Your payment has been accepted.**

**Payment Successful**

An EFT Acknowledgement Number has been provided for this payment. Please keep this number for your records.

**REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!**

| EFT ACKNOWLEDGEMENT NUMBER: | 270572451616527 |
|---|---|

| Payment Information | Entered Data |
|---|---|
| **Taxpayer EIN** | xxxxx6158 |
| **Tax Form** | 941 Employers Federal Tax |
| **Tax Type** | Balance due on return or notice |
| **Tax Period** | Q4/2020 |
| **Payment Amount** | $2,324.86 |
| **Settlement Date** | 11/20/2025 |
| **Account Number** | xxxxxx9687 |
| **Account Type** | CHECKING |
| **Routing Number** | 084205708 |
| **Bank Name** | PLANTERS BK & TR CO |

Feedback

Electronic Federal Tax Payment System® and EFTPS® are registered servicemarks of the U.S. Department of the Treasury's Bureau of the Fiscal Service.

**EXHIBIT 4 - EFTPS PAYMENT CONFIRMATION**

**EFTPS**®                                                                                    *Electronic Federal Tax Payment System*

| HOME | ENROLLMENT | MY PROFILE | PAYMENTS | HELP & INFORMATION | CONTACT US | LOGOUT |

TAXPAYER NAME: SOUTH DELTA PLANNING & DEVELOPMENT                    TIN: xxxxx6158

## Deposit Confirmation

Your payment has been accepted.

**Payment Successful**

An EFT Acknowledgement Number has been provided for this payment. Please keep this number for your records.

**REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!**

| EFT ACKNOWLEDGEMENT NUMBER: | 270572461455446 |

| Payment Information | Entered Data |
| --- | --- |
| **Taxpayer EIN** | xxxxx6158 |
| **Tax Form** | 941 Employers Federal Tax |
| **Tax Type** | Balance due on return or notice |
| **Tax Period** | Q1/2021 |
| **Payment Amount** | $1,902.06 |
| **Settlement Date** | 11/20/2025 |
| **Account Number** | xxxxxx9687 |
| **Account Type** | CHECKING |
| **Routing Number** | 084205708 |
| **Bank Name** | PLANTERS BK & TR CO |

Feedback

| Home | Enrollment | My Profile | Payments | Help & Information | Contact Us | Logout |
| USA.gov | IRS.gov | Treasury.gov |

Electronic Federal Tax Payment System® and EFTPS® are registered servicemarks of the U.S. Department of the Treasury's Bureau of the Fiscal Service.

**EXHIBIT 4 – EFTPS PAYMENT CONFIRMATION**

**EFTPS®**

*Electronic Federal Tax Payment System*

| HOME | ENROLLMENT | MY PROFILE | PAYMENTS | HELP & INFORMATION | CONTACT US | LOGOUT |
|------|-----------|-----------|----------|-------------------|-----------|--------|

TAXPAYER NAME: SOUTH DELTA PLANNING & DEVELOPMENT      TIN: xxxxx6158

## Deposit Confirmation

Your payment has been accepted.

**Payment Successful**

An EFT Acknowledgement Number has been provided for this payment. Please keep this number for your records.

**REMINDER: REMEMBER TO FILE ALL RETURNS WHEN DUE!**

| **EFT ACKNOWLEDGEMENT NUMBER:** | 270572472044996 |
|---|---|

| Payment Information | Entered Data |
|---|---|
| **Taxpayer EIN** | xxxxx6158 |
| **Tax Form** | 941 Employers Federal Tax |
| **Tax Type** | Balance due on return or notice |
| **Tax Period** | Q2/2021 |
| **Payment Amount** | $1,902.06 |
| **Settlement Date** | 11/20/2025 |
| **Account Number** | xxxxxx9687 |
| **Account Type** | CHECKING |
| **Routing Number** | 084205708 |
| **Bank Name** | PLANTERS BK & TR CO |

Feedback

| Home | Enrollment | My Profile | Payments | Help & Information | Contact Us | Logout |
|------|-----------|-----------|----------|-------------------|-----------|--------|

USA.gov    IRS.gov    Treasury.gov

Electronic Federal Tax Payment System® and EFTPS® are registered servicemarks of the U.S. Department of the Treasury's Bureau of the Fiscal Service.

**EXHIBIT 4 – EFTPS PAYMENT CONFIRMATION**