4:25-cv-197-DMB-RP

 Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0038



| Notice | CP210 |
|---|---|
| Tax period | June 30, 2020 |
| Notice date | June 26, 2023 |
| Employer ID number | 64-0466158 |
| To contact us | Phone 800-829-0115 |
| Page 1 of 2 | |

J5732-0467339 P021 T01210 00467339   1 AB  0.507
SOUTH DELTA PLANNING & DEVELOPMENT
DISTRICT INC
1427 S MAIN ST STE 147
GREENVILLE, MS 38701-7000


I467339

Changes to your June 30, 2020 Form 941
## Overpayment: $285,533.68

We made changes to your June 30, 2020 Form 941.

As a result, your overpayment is $285,533.68.

### Summary

| | |
|---|---|
| Amount due on account before adjustment | $0.00 |
| Tax – Decrease | 49,275.21 |
| Credits - Increase | 204,008.88 |
| Credit interest allowed | 32,249.59 |
| **Overpayment** | **$285,533.68** |

Continued on back...

**EXHIBIT 5 - IRS NOTICES OF OVERPAYMENT & REFUND CHECKS**

| Notice | CP210 |
|---|---|
| Tax period | June 30, 2020 |
| Notice date | June 26, 2023 |
| Employer ID number | 64-0466158 |
| Page 2 of 2 | |

**What you need to do**

Review this notice, and compare our changes to the information on your tax return.

**If you agree with the changes we made**

- If you haven't already received a refund check for $285,533.68, you should receive it within 2-3 weeks as long as you don't owe other tax or debts we're required to collect.

**If you don't agree with the changes**

- Call 800-829-0115 to review your account.
- If we don't hear from you, we'll assume you agree with the information in this notice.
- If you've already paid your balance in full within the past 14 days or made payments arrangements, please disregard this notice.

**Next steps**

Report the $32,249.59 in interest as taxable income on your tax return for this year.

**Additional information**

- Visit www.irs.gov/cp210.
- Find tax forms or publications by visiting www.irs.gov/forms or calling 800-TAX-FORM (800-829-3676).
- You can contact us by mail at the address at the top of the first page of this notice. Be sure to include your employer ID number and the tax period and form number you are writing about.
- Keep this notice for your records.

If you need assistance, please don't hesitate to contact us.

**EXHIBIT 5 – IRS NOTICES OF OVERPAYMENT & REFUND CHECKS**



0467339

# Notice 1155-G

## Disaster Relief from the IRS



The Federal Emergency Management Agency (FEMA) recently issued a disaster declaration. The IRS announced that taxpayers in your area may qualify for administrative disaster tax relief. Administrative disaster tax relief generally includes postponement of most filing and payment deadlines. If your IRS address of record is in the covered disaster area listed in the news release, you will automatically receive IRS administrative disaster tax relief. Visit **www.irs.gov** and search "IRS News From Around the Nation" to view the news release.

Also, taxpayers in a federally declared disaster area have the option of claiming disaster-related casualty losses on their federal income tax return for either the year in which the event occurred, or the prior year. See Publication 547 Casualties, Disasters and Thefts for claiming disaster-related casualty and theft losses. Disaster questions, please call the IRS Disaster Hotline at 866-562-5227.

# Aviso 1155-G

## Alivio de Desastre por parte del *IRS*



La Agencia Federal para el Manejo de Emergencias (*Federal Emergency Management Agency* o *FEMA*, por sus siglas en inglés) emitió recientemente una declaración de desastre. El *IRS* anunció que los contribuyentes en su área pueden calificar para el alivio tributario administrativo por desastre. Por lo general, el alivio tributario administrativo por desastre incluye el aplazamiento de la mayoría de los plazos de presentación y pago. Si su dirección registrada ante el *IRS* se encuentra en la zona de desastre cubierta que se indica en el comunicado de prensa, usted recibirá automáticamente del *IRS* el alivio tributario administrativo por desastre. Visite www.irs.gov/espanol y busque "Alrededor de la Nación" para ver el comunicado de prensa.

Además, los contribuyentes en una zona declarada de desastre por el gobierno federal, tienen la opción de reclamar las pérdidas por hechos fortuitos relacionadas con el desastre en su declaración de impuestos federales sobre los ingresos ya sea para el año en que ocurrió el evento o bien para el año anterior. Consulte la Publicacion 547 (sp), Hechos Fortuitos, Desastres y Robos, para reclamar las pérdidas por hechos fortuitos y robos relacionadas con desastres. Para las preguntas sobre desastres, por favor, llame a la línea directa del *IRS* para desastres al 866-562-5227.

Notice 1155-G (en–sp) (Rev. 11-2021) Catalog Number 35604K Department of the Treasury **Internal Revenue Service** www.irs.gov

**EXHIBIT 5 – IRS NOTICES OF OVERPAYMENT & REFUND CHECKS**



Department of the Treasury
Internal Revenue Service
Ogden, UT  84201-0038



| Notice | CP210 |
|---|---|
| Tax period | September 30, 2020 |
| Notice date | June 26, 2023 |
| Employer ID number | 64-0466158 |
| To contact us | Phone 800-829-0115 |
| Page 1 of 2 | |



J5732-0467338 P021 T01210 00467338    1 AB  0.507
SOUTH DELTA PLANNING & DEVELOPMENT
DISTRICT INC
1427 S MAIN ST STE 147
GREENVILLE, MS 38701-7000

Changes to your September 30, 2020 Form 941

# Overpayment: $13,108.42

We made changes to your September 30, 2020
Form 941.

As a result, your overpayment is $13,108.42.

## Summary

| | |
|---|---:|
| Amount due on account before adjustment | $0.00 |
| Tax – Decrease | 11,715.91 |
| Credit interest allowed | 1,392.51 |
| **Overpayment** | **$13,108.42** |

Continued on back...

EXHIBIT 5 - IRS NOTICES OF OVERPAYMENT & REFUND CHECKS

| Notice | CP210 |
|---|---|
| **Tax period** | September 30, 2020 |
| **Notice date** | June 26, 2023 |
| **Employer ID number** | 64-0466158 |
| **Page 2 of 2** | |

| | |
|---|---|
| **What you need to do** | Review this notice, and compare our changes to the information on your tax return. |
| | **If you agree with the changes we made** |
| | • If you haven't already received a refund check for $13,108.42, you should receive it within 2-3 weeks as long as you don't owe other tax or debts we're required to collect. |
| | **If you don't agree with the changes** |
| | • Call 800-829-0115 to review your account. |
| | • If we don't hear from you, we'll assume you agree with the information in this notice. |
| | • If you've already paid your balance in full within the past 14 days or made payments arrangements, please disregard this notice. |
| **Next steps** | Report the $1,392.51 in interest as taxable income on your tax return for this year. |
| **Additional information** | • Visit www.irs.gov/cp210. |
| | • Find tax forms or publications by visiting www.irs.gov/forms or calling 800-TAX-FORM (800-829-3676). |
| | • You can contact us by mail at the address at the top of the first page of this notice. Be sure to include your employer ID number and the tax period and form number you are writing about. |
| | • Keep this notice for your records. |
| | If you need assistance, please don't hesitate to contact us. |

**EXHIBIT 5 - IRS NOTICES OF OVERPAYMENT & REFUND CHECKS**



467338

## Notice 1155-G

### Disaster Relief from the IRS



The Federal Emergency Management Agency (FEMA) recently issued a disaster declaration. The IRS announced that taxpayers in your area may qualify for administrative disaster tax relief. Administrative disaster tax relief generally includes postponement of most filing and payment deadlines. If your IRS address of record is in the covered disaster area listed in the news release, you will automatically receive IRS administrative disaster tax relief. Visit **www.irs.gov** and search "IRS News From Around the Nation" to view the news release.

Also, taxpayers in a federally declared disaster area have the option of claiming disaster-related casualty losses on their federal income tax return for either the year in which the event occurred, or the prior year. See Publication 547 Casualties, Disasters and Thefts for claiming disaster-related casualty and theft losses. Disaster questions, please call the IRS Disaster Hotline at 866-562-5227.

## Aviso 1155-G

### Alivio de Desastre por parte del *IRS*



La Agencia Federal para el Manejo de Emergencias (*Federal Emergency Management Agency* o *FEMA*, por sus siglas en inglés) emitió recientemente una declaración de desastre. El *IRS* anunció que los contribuyentes en su área pueden calificar para el alivio tributario administrativo por desastre. Por lo general, el alivio tributario administrativo por desastre incluye el aplazamiento de la mayoría de los plazos de presentación y pago. Si su dirección registrada ante el *IRS* se encuentra en la zona de desastre cubierta que se indica en el comunicado de prensa, usted recibirá automáticamente del *IRS* el alivio tributario administrativo por desastre. Visite www.irs.gov/espanol y busque "Alrededor de la Nación" para ver el comunicado de prensa.

Además, los contribuyentes en una zona declarada de desastre por el gobierno federal, tienen la opción de reclamar las pérdidas por hechos fortuitos relacionadas con el desastre en su declaración de impuestos federales sobre los ingresos ya sea para el año en que ocurrió el evento o bien para el año anterior. Consulte la Publicacion 547 (sp), Hechos Fortuitos, Desastres y Robos, para reclamar las pérdidas por hechos fortuitos y robos relacionadas con desastres. Para las preguntas sobre desastres, por favor, llame a la línea directa del *IRS* para desastres al 866-562-5227.

Notice 1155-G (en-sp) (Rev. 11-2021) Catalog Number 35604K Department of the Treasury **Internal Revenue Service** www.irs.gov

**EXHIBIT 5 - IRS NOTICES OF OVERPAYMENT & REFUND CHECKS**

 Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0038



| Notice | CP210 |
|---|---|
| Tax period | March 31, 2021 |
| Notice date | June 26, 2023 |
| Employer ID number | 64-0466158 |
| To contact us | Phone 800-829-0115 |
| Page 1 of 2 | |



J5732-0467340 P021 T01210 00467340   1 AB 0.507
SOUTH DELTA PLANNING & DEVELOPMENT
DISTRICT INC
1427 S MAIN ST STE 147
GREENVILLE, MS 38701-7000

Changes to your March 31, 2021 Form 941

# Overpayment: $408,972.24

We made changes to your March 31, 2021 Form 941.

As a result, your overpayment is $408,972.24.

## Summary

| | |
|---|---|
| Amount due on account before adjustment | $0.00 |
| Tax – Decrease | 48,055.26 |
| Credits - Increase | 322,944.74 |
| Credit interest allowed | 37,972.24 |
| Overpayment | $408,972.24 |

Continued on back...

**EXHIBIT 5 - IRS NOTICES OF OVERPAYMENT & REFUND CHECKS**

| Notice | CP210 |
|---|---|
| Tax period | March 31, 2021 |
| Notice date | June 26, 2023 |
| Employer ID number | 64-0466158 |
| Page 2 of 2 | |

**What you need to do**

Review this notice, and compare our changes to the information on your tax return.

**If you agree with the changes we made**

- If you haven't already received a refund check for $408,972.24, you should receive it within 2-3 weeks as long as you don't owe other tax or debts we're required to collect.

**If you don't agree with the changes**

- Call 800-829-0115 to review your account.
- If we don't hear from you, we'll assume you agree with the information in this notice.
- If you've already paid your balance in full within the past 14 days or made payments arrangements, please disregard this notice.

**Next steps**

Report the $37,972.24 in interest as taxable income on your tax return for this year.

**Additional information**

- Visit www.irs.gov/cp210.
- Find tax forms or publications by visiting www.irs.gov/forms or calling 800-TAX-FORM (800-829-3676).
- You can contact us by mail at the address at the top of the first page of this notice. Be sure to include your employer ID number and the tax period and form number you are writing about.
- Keep this notice for your records.

If you need assistance, please don't hesitate to contact us.

.

**EXHIBIT 5 - IRS NOTICES OF OVERPAYMENT & REFUND CHECKS**



)467340

# Notice 1155-G

## Disaster Relief from the IRS



The Federal Emergency Management Agency (FEMA) recently issued a disaster declaration. The IRS announced that taxpayers in your area may qualify for administrative disaster tax relief. Administrative disaster tax relief generally includes postponement of most filing and payment deadlines. If your IRS address of record is in the covered disaster area listed in the news release, you will automatically receive IRS administrative disaster tax relief. Visit **www.irs.gov** and search "IRS News From Around the Nation" to view the news release.

Also, taxpayers in a federally declared disaster area have the option of claiming disaster-related casualty losses on their federal income tax return for either the year in which the event occurred, or the prior year. See Publication 547 Casualties, Disasters and Thefts for claiming disaster-related casualty and theft losses. Disaster questions, please call the IRS Disaster Hotline at 866-562-5227.

# Aviso 1155-G

## Alivio de Desastre por parte del *IRS*



La Agencia Federal para el Manejo de Emergencias (*Federal Emergency Management Agency* o *FEMA*, por sus siglas en inglés) emitió recientemente una declaración de desastre. El *IRS* anunció que los contribuyentes en su área pueden calificar para el alivio tributario administrativo por desastre. Por lo general, el alivio tributario administrativo por desastre incluye el aplazamiento de la mayoría de los plazos de presentación y pago. Si su dirección registrada ante el *IRS* se encuentra en la zona de desastre cubierta que se indica en el comunicado de prensa, usted recibirá automáticamente del *IRS* el alivio tributario administrativo por desastre. Visite www.irs.gov/espanol y busque "Alrededor de la Nación" para ver el comunicado de prensa.

Además, los contribuyentes en una zona declarada de desastre por el gobierno federal, tienen la opción de reclamar las pérdidas por hechos fortuitos relacionadas con el desastre en su declaración de impuestos federales sobre los ingresos ya sea para el año en que ocurrió el evento o bien para el año anterior. Consulte la Publicacion 547 (sp), Hechos Fortuitos, Desastres y Robos, para reclamar las pérdidas por hechos fortuitos y robos relacionadas con desastres. Para las preguntas sobre desastres, por favor, llame a la línea directa del *IRS* para desastres al 866-562-5227.

Notice 1155-G (en-sp) (Rev. 11-2021) Catalog Number 35604K  Department of the Treasury  **Internal Revenue Service**  www.irs.gov

**EXHIBIT 5 – IRS NOTICES OF OVERPAYMENT & REFUND CHECKS**

 Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0038

**IRS**



| Notice | CP210 |
|---|---|
| **Tax period** | June 30, 2021 |
| **Notice date** | June 26, 2023 |
| **Employer ID number** | 64-0466158 |
| **To contact us** | Phone 800-829-0115 |
| **Page 1 of 2** | |

J5732-0467341 P021 T01210 00467341    1 AB  0.507
SOUTH DELTA PLANNING & DEVELOPMENT
DISTRICT INC
1427 S MAIN ST STE 147
GREENVILLE, MS 38701-7000



Changes to your June 30, 2021 Form 941

# Overpayment: $412,046.03

We made changes to your June 30, 2021 Form 941.

As a result, your overpayment is $412,046.03.

**Summary**

| | |
|---|---:|
| Amount due on account before adjustment | $0.00 |
| Tax – Decrease | 49,616.00 |
| Credits - Increase | 327,009.47 |
| Credit interest allowed | 35,420.56 |
| **Overpayment** | **$412,046.03** |

Continued on back…

**EXHIBIT 5 – IRS NOTICES OF OVERPAYMENT & REFUND CHECKS**

| Notice | CP210 |
|---|---|
| Tax period | June 30, 2021 |
| Notice date | June 26, 2023 |
| Employer ID number | 64-0466158 |
| Page 2 of 2 | |

| | |
|---|---|
| **What you need to do** | Review this notice, and compare our changes to the information on your tax return. |
| | **If you agree with the changes we made** |
| | • If you haven't already received a refund check for $412,046.03, you should receive it within 2-3 weeks as long as you don't owe other tax or debts we're required to collect. |
| | **If you don't agree with the changes** |
| | • Call 800-829-0115 to review your account. |
| | • If we don't hear from you, we'll assume you agree with the information in this notice. |
| | • If you've already paid your balance in full within the past 14 days or made payments arrangements, please disregard this notice. |
| **Next steps** | Report the $35,420.56 in interest as taxable income on your tax return for this year. |
| **Additional information** | • Visit www.irs.gov/cp210. |
| | • Find tax forms or publications by visiting www.irs.gov/forms or calling 800-TAX-FORM (800-829-3676). |
| | • You can contact us by mail at the address at the top of the first page of this notice. Be sure to include your employer ID number and the tax period and form number you are writing about. |
| | • Keep this notice for your records. |
| | If you need assistance, please don't hesitate to contact us. |

**EXHIBIT 5 - IRS NOTICES OF OVERPAYMENT & REFUND CHECKS**



0467341

## Notice 1155-G
### Disaster Relief from the IRS



The Federal Emergency Management Agency (FEMA) recently issued a disaster declaration. The IRS announced that taxpayers in your area may qualify for administrative disaster tax relief. Administrative disaster tax relief generally includes postponement of most filing and payment deadlines. If your IRS address of record is in the covered disaster area listed in the news release, you will automatically receive IRS administrative disaster tax relief. Visit **www.irs.gov** and search "IRS News From Around the Nation" to view the news release.

Also, taxpayers in a federally declared disaster area have the option of claiming disaster-related casualty losses on their federal income tax return for either the year in which the event occurred, or the prior year. See Publication 547 Casualties, Disasters and Thefts for claiming disaster-related casualty and theft losses. Disaster questions, please call the IRS Disaster Hotline at 866-562-5227.

## Aviso 1155-G
### Alivio de Desastre por parte del *IRS*



La Agencia Federal para el Manejo de Emergencias (*Federal Emergency Management Agency* o *FEMA*, por sus siglas en inglés) emitió recientemente una declaración de desastre. El *IRS* anunció que los contribuyentes en su área pueden calificar para el alivio tributario administrativo por desastre. Por lo general, el alivio tributario administrativo por desastre incluye el aplazamiento de la mayoría de los plazos de presentación y pago. Si su dirección registrada ante el *IRS* se encuentra en la zona de desastre cubierta que se indica en el comunicado de prensa, usted recibirá automáticamente del *IRS* el alivio tributario administrativo por desastre. Visite www.irs.gov/espanol y busque "Alrededor de la Nación" para ver el comunicado de prensa.

Además, los contribuyentes en una zona declarada de desastre por el gobierno federal, tienen la opción de reclamar las pérdidas por hechos fortuitos relacionadas con el desastre en su declaración de impuestos federales sobre los ingresos ya sea para el año en que ocurrió el evento o bien para el año anterior. Consulte la Publicacion 547 (sp), Hechos Fortuitos, Desastres y Robos, para reclamar las pérdidas por hechos fortuitos y robos relacionadas con desastres. Para las preguntas sobre desastres, por favor, llame a la línea directa del *IRS* para desastres al 866-562-5227.

Notice 1155-G (en-sp) (Rev. 11-2021) Catalog Number 35604K Department of the Treasury **Internal Revenue Service** www.irs.gov

**EXHIBIT 5 – IRS NOTICES OF OVERPAYMENT & REFUND CHECKS**



**United States Treasury** $\frac{15-51}{000}$    B 434,733,331

06 27 23 20092900    KANSAS CITY, MO
000827941587    4045 29919742 I

Check No. 4045 29919742
20231632900000

Pay to the order of

SOUTH DELTA PLANNING & DEVELOPMENT
DISTRICT INC
1427 S MAIN ST STE 147
GREENVILLE MS 38701 7000

$**408972*24

REGIONAL DISBURSING OFFICER    VOID AFTER ONE YEAR

062731

SOUT   OGDEN   03/2021   F-941 REF   01
37,972.24 INT 048 DAYS

⑈40458⑈    ⑆000000518⑆: 2991974 26⑈ 050623



---

**United States Treasury** $\frac{15-51}{000}$    B 434,733,330

06 27 23 20092900    KANSAS CITY, MO
000827941586    4045 29919741 I

Check No. 4045 29919741
20231632900000

Pay to the order of

SOUTH DELTA PLANNING & DEVELOPMENT
DISTRICT INC
1427 S MAIN ST STE 147
GREENVILLE MS 38701 7000

$***13108*42

REGIONAL DISBURSING OFFICER    VOID AFTER ONE YEAR

062730

SOUT   OGDEN   09/2020   F-941 REF   01
1,392.51 INT 228 DAYS

⑈40458⑈    ⑆000000518⑆: 2991974 15⑈ 050623



received
7/5/23

**EXHIBIT 5 – IRS NOTICES OF OVERPAYMENT & REFUND CHECKS**



**United States Treasury** 15-51/000    B 434,733,329

Check No.

06 27 23 20092900   KANSAS CITY, MO      4045 29919740
000827941585     4045 29919740 I      20231632900000

Pay to the order of
SOUTH DELTA PLANNING & DEVELOPMENT
DISTRICT INC
1427 S MAIN ST STE 147                  $**285533*68
GREENVILLE MS 38701 7000

REGIONAL DISBURSING OFFICER    VOID AFTER ONE YEAR

SOUT   OGDEN   06/2020   F-941 REF   01
32,249.59 INT 320 DAYS

Vona S. Robinson

⑊40458⑊   ⑆00000051⑈   29919740⑊   050623

---



**United States Treasury** 15-51/000    B 434,733,332

Check No.

06 27 23 20092900   KANSAS CITY, MO      4045 29919743
000827941588     4045 29919743 I      20231632900000

Pay to the order of
SOUTH DELTA PLANNING & DEVELOPMENT
DISTRICT INC
1427 S MAIN ST STE 147                  $**412046*03
GREENVILLE MS 38701 7000

REGIONAL DISBURSING OFFICER    VOID AFTER ONE YEAR

SOUT   OGDEN   06/2021   F-941 REF   01
35,420.56 INT 321 DAYS

Vona S. Robinson

⑊40458⑊   ⑆00000051⑈   29919743⑊   050623



received
7/5/23

**<span style="color:red">EXHIBIT 5 – IRS NOTICES OF OVERPAYMENT & REFUND CHECKS</span>**