4:25-cv-197-DMB-RP

**Department of the Treasury Internal Revenue Service**
**Tax Exempt /Government Entities**
IRS SE:T:EOGE:GE:FSL/ET
Mail Stop 4900
1100 Commerce Street
Dallas, TX 75242-1027

Date:
November 6, 2024
Taxpayer ID number (last 4 digits):
6158
Form:
941
Tax period:
June 30, 2021
Person to contact:

SOUTH DELTA PLANNING & DEVELOPMENT
DISTRICT INC
1427 S MAIN ST STE 147
GREENVILLE        MS 38701-7000

John Darr
ID number: 100105203
Telephone: 513-514-2253
Hours: 8:00 a.m. - 4:00 p.m. EST

Dear Taxpayer

**Why you're receiving this letter**

Thank you for your response to our Letter 6362 dated 12/11/23 . Based on the information you sent and a review of your entity status, we're making a change to the COVID-19 employer credits you claimed on your Form 941, Employer's Quarterly Federal Tax Return

**What you need to know**

Only entities described in section 501(c)(1) of the Code and exempt from tax under section 501(a), governmental entities that are colleges or universities, or governmental entities the principal purpose or function of which is to provide medical or hospital care are entitled to the employee retention tax credit for wages paid during the period January 1, 2021 through September 30, 2021. Your entity does not meet these requirements.

We disallowed credits as shown below. This adjustment changes your employment tax liability and the amount of tax due. You'll receive a balance due notice.

| Credits Reported on Return | Non-Refundable | Refundable |
|---|---|---|
| Sick and Family Leave Credits | $ 0.00 | $ 0.00 |
| Employee Retention Credit(s) | $ 49,616.00 | $ 327,009.47 |
| Cobra Premium Credit(s) | $ 0.00 | $ 0.00 |

You can find more information on credit eligibility at www.irs.gov/coronaetc.

If you have questions, you can call the contact number shown above.

Keep this letter for your records.

Steven A. Chamberlin

*Steven A Chamberlin*

Director, Government Entities
Exempt Organizations and Government Entities
Tax Exempt and Government Entities

**EXHIBIT 7 - IRS DISALLOWANCE LETTERS, 11/6/24**

Options for COVID-19 Reversal Response
Do Not Mail This
Page
Selectable
Paragraphs

BOX HERE  Selectable paragraph A - COVERED BY A 218 AGREEMENT - FFCRA – 2020 Tax Periods

Your entity is covered by a Section 218 Agreement between your state and the Social Security Administration. Section 218 Agreements can only cover employee positions of states, political subdivisions, municipalities, and interstate instrumentalities (state/local governmental employers). Federal, State, and local governmental employers are not permitted to claim the tax credits under the Family First Coronavirus Relief Act for sick leave and family leave wages paid in any periods of 2020.

BOX HERE  Selectable paragraph B – COVERED BY A 218 AGREEMENT - FFRCA – First Quarter 2021

Your entity is covered by a Section 218 Agreement between your state and the Social Security Administration. Section 218 Agreements can only cover employee positions of states, political subdivisions, municipalities, and interstate instrumentalities (state/local governmental employers). Federal, State, and local governmental employers are not permitted to claim the tax credits under the Family First Coronavirus Relief Act for sick leave and family leave wages paid for leave taken in the first quarter of 2021 (January 1, 2021 through March 31, 2021).

BOX HERE  Selectable paragraph C – ARP – Second and Third quarter of 2021

The American Rescue Plan Act (ARP) permitted certain governmental employers to claim the tax credit for sick leave and family leave wages paid for leave taken in the second and third quarters of 2021 (April 1, 2021 through September 30, 2021). This includes state and local governments
(including any agency or instrumentality) and Federal government entities described in section 501(c)(1) of the Code.  Your entity does not meet these requirements.

BOX HERE  Selectable paragraph D - Fourth quarter of 2021

Sick and Family Medical Leave credits are not available for leave taken after September 30, 2021.

BOX HERE  Selectable paragraph E - COVERED BY A 218 AGREEMENT – ERC – 2020 Tax Periods

Your entity is covered by a Section 218 Agreement between your state and the Social Security Administration. Section 218 Agreements can only cover employee positions of states, political subdivisions, municipalities, and interstate instrumentalities (state/local governmental employers). Federal, State, and local governmental employers are not permitted to claim the employee retention credit under the Coronavirus Aid, Relief, and Economic Security Act, as amended by the Taxpayer Relief Act of 2020, for wages paid in any of the periods of 2020.

EXHIBIT 7 - IRS DISALLOWANCE LETTERS, 11/6/24

BOX HERE  Selectable paragraph F - First, Second and Third quarters of 2021

Only entities described in section 501(c)(1) of the Code and exempt from tax under section 501(a),  governmental entities that are colleges or universities, or governmental entities the principal purpose or function of which is to provide medical or hospital care are entitled to the employee retention tax credit for wages paid  during the period January 1, 2021 through September 30, 2021.  Your entity does not meet these requirements.

BOX HERE  Selectable paragraph G - Fourth quarter of 2021

The Infrastructure Investment and Jobs Act limited the availability of the employee retention credit in the  fourth quarter of 2021 to taxpayers that are recovery startup businesses.  Your entity is not a recovery startup  business.  Therefore, you are not eligible for the employee retention credit for wages paid after September 30, 2021.

BOX HERE  Selectable paragraph H - DOES NOT DISPUTE THEY ARE A GOVERNMENT ENTITY – ERC - 2020

In your response, you agreed that you're properly classified as a governmental entity (the government of any state or political subdivision thereof, or any agency or instrumentality of those governments). Federal, State, and local governmental employers are not permitted to claim the employee retention credit under the Coronavirus Aid, Relief, and Economic Security Act, as amended by the Taxpayer Relief Act of 2020, for wages paid in any of the periods of  2020.

BOX HERE  Selectable paragraph I - COBRA - 2021

The American Rescue Plan Act (ARP) allows the COBRA premium assistance credit to be claimed by the government of any State or political subdivision thereof, any Indian tribal government (as defined in section 139E(c)(1)), any agency or instrumentality of any of the foregoing, and any agency or instrumentality of the Government of the United States that is described in section 501(c)(1) and exempt from taxation under section 501(a). Your Federal agency does not meet these requirements.  Therefore, you are not are entitled to claim the  COBRA premium credit.

**EXHIBIT 7 - IRS DISALLOWANCE LETTERS, 11/6/24**

**EXHIBIT 7 - IRS DISALLOWANCE LETTERS, 11/6/24**

 **Department of the Treasury Internal Revenue Service Tax Exempt /Government Entities**

IRS SE:T:EOGE:GE:FSL/ET
Mail Stop 4900
1100 Commerce Street
Dallas, TX 75242-1027

**Date:**
November 6, 2024
**Taxpayer ID number (last 4 digits):**
6158
**Form:**
941
**Tax period:**
March 31, 2021
**Person to contact:**

SOUTH DELTA PLANNING & DEVELOPMENT DISTRICT INC
1427 S MAIN ST STE 147
GREENVILLE        MS 38701-7000

John Darr
ID number: 100105203
Telephone: 513-514-2253
Hours: 8:00 a.m. - 4:00 p.m. EST

Dear Taxpayer

**Why you're receiving this letter**

Thank you for your response to our Letter 6362 dated 12/11/23 . Based on the information you sent and a review of your entity status, we're making a change to the COVID-19 employer credits you claimed on your Form 941, Employer's Quarterly Federal Tax Return

**What you need to know**

Only entities described in section 501(c)(1) of the Code and exempt from tax under section 501(a), governmental entities that are colleges or universities, or governmental entities the principal purpose or function of which is to provide medical or hospital care are entitled to the employee retention tax credit for wages paid during the period January 1, 2021 through September 30, 2021. Your entity does not meet these requirements.

We disallowed credits as shown below. This adjustment changes your employment tax liability and the amount of tax due. You'll receive a balance due notice.

| Credits Reported on Return | Non-Refundable | Refundable |
|---|---|---|
| Sick and Family Leave Credits | $ 0.00 | $ 0.00 |
| Employee Retention Credit(s) | $ 48,055.26 | $ 322,944.74 |
| Cobra Premium Credit(s) | $ 0.00 | $ 0.00 |

You can find more information on credit eligibility at www.irs.gov/coronaetc.

If you have questions, you can call the contact number shown above.

Keep this letter for your records.

Steven A. Chamberlin

*Steven A Chamberlin*

Director, Government Entities
Exempt Organizations and Government Entities
Tax Exempt and Government Entities

**EXHIBIT 7 - IRS DISALLOWANCE LETTERS, 11/6/24**

Options for COVID-19 Reversal Response
Do Not Mail This
Page
Selectable
Paragraphs

BOX HERE Selectable paragraph A - COVERED BY A 218 AGREEMENT - FFCRA – 2020 Tax Periods

Your entity is covered by a Section 218 Agreement between your state and the Social Security Administration. Section 218 Agreements can only cover employee positions of states, political subdivisions, municipalities, and interstate instrumentalities (state/local governmental employers). Federal, State, and local governmental employers are not permitted to claim the tax credits under the Family First Coronavirus Relief Act for sick leave and family leave wages paid in any periods of 2020.

BOX HERE Selectable paragraph B – COVERED BY A 218 AGREEMENT - FFRCA – First Quarter 2021

Your entity is covered by a Section 218 Agreement between your state and the Social Security Administration. Section 218 Agreements can only cover employee positions of states, political subdivisions, municipalities, and interstate instrumentalities (state/local governmental employers). Federal, State, and local governmental employers are not permitted to claim the tax credits under the Family First Coronavirus Relief Act for sick leave and family leave wages paid for leave taken in the first quarter of 2021 (January 1, 2021 through March 31, 2021).

BOX HERE Selectable paragraph C – ARP – Second and Third quarter of 2021

The American Rescue Plan Act (ARP) permitted certain governmental employers to claim the tax credit for sick leave and family leave wages paid for leave taken in the second and third quarters of 2021 (April 1, 2021 through September 30, 2021). This includes state and local governments
(including any agency or instrumentality) and Federal government entities described in section 501(c)(1) of the Code. Your entity does not meet these requirements.

BOX HERE Selectable paragraph D - Fourth quarter of 2021

Sick and Family Medical Leave credits are not available for leave taken after September 30, 2021.

BOX HERE Selectable paragraph E - COVERED BY A 218 AGREEMENT – ERC – 2020 Tax Periods

Your entity is covered by a Section 218 Agreement between your state and the Social Security Administration. Section 218 Agreements can only cover employee positions of states, political subdivisions, municipalities, and interstate instrumentalities (state/local governmental employers). Federal, State, and local governmental employers are not permitted to claim the employee retention credit under the Coronavirus Aid, Relief, and Economic Security Act, as amended by the Taxpayer Relief Act of 2020, for wages paid in any of the periods of 2020.

**EXHIBIT 7 - IRS DISALLOWANCE LETTERS, 11/6/24**

BOX HERE  Selectable paragraph F - First, Second and Third quarters of 2021

Only entities described in section 501(c)(1) of the Code and exempt from tax under section 501(a), governmental entities that are colleges or universities, or governmental entities the principal purpose or function of which is to provide medical or hospital care are entitled to the employee retention tax credit for wages paid during the period January 1, 2021 through September 30, 2021. Your entity does not meet these requirements.

BOX HERE  Selectable paragraph G - Fourth quarter of 2021

The Infrastructure Investment and Jobs Act limited the availability of the employee retention credit in the fourth quarter of 2021 to taxpayers that are recovery startup businesses. Your entity is not a recovery startup business. Therefore, you are not eligible for the employee retention credit for wages paid after September 30, 2021.

BOX HERE  Selectable paragraph H - DOES NOT DISPUTE THEY ARE A GOVERNMENT ENTITY – ERC - 2020

In your response, you agreed that you're properly classified as a governmental entity (the government of any state or political subdivision thereof, or any agency or instrumentality of those governments). Federal, State, and local governmental employers are not permitted to claim the employee retention credit under the Coronavirus Aid, Relief, and Economic Security Act, as amended by the Taxpayer Relief Act of 2020, for wages paid in any of the periods of 2020.

BOX HERE  Selectable paragraph I - COBRA - 2021

The American Rescue Plan Act (ARP) allows the COBRA premium assistance credit to be claimed by the government of any State or political subdivision thereof, any Indian tribal government (as defined in section 139E(c)(1)), any agency or instrumentality of any of the foregoing, and any agency or instrumentality of the Government of the United States that is described in section 501(c)(1) and exempt from taxation under section 501(a). Your Federal agency does not meet these requirements. Therefore, you are not are entitled to claim the COBRA premium credit.

**EXHIBIT 7 - IRS DISALLOWANCE LETTERS, 11/6/24**

**EXHIBIT 7 - IRS DISALLOWANCE LETTERS, 11/6/24**