4:25-cv-197-DMB-RP

 **IRS** Department of the Treasury
Internal Revenue Service

1973 N Rulon White Blvd M/S 5303
Ogden  UT  84404-0040

■

014138.503172.380455.9695 1 AB 0.593 854

SOUTH DELTA PLANNING & DEVELOPMENT
 DISTRICT INC
% EMILY LEWIS
PO BOX 851207
MOBILE  AL  36685-1207

014138



**EXHIBIT 8 - IRS LETTER OF MISCALCULATION**

 **IRS** Department of the Treasury
Internal Revenue Service

1973 N Rulon White Blvd M/S 5303
Ogden UT 84404-0040

In reply refer to: 0463644885
Dec. 16, 2024 LTR 6577C 3
64-0466158 202106 01 1
00044525
BODC: TE

SOUTH DELTA PLANNING & DEVELOPMENT
DISTRICT INC
% EMILY LEWIS
PO BOX 851207
MOBILE AL 36685-1207

014138

Employer identification number: 64-0466158
Tax periods: June 30, 2021

Form: 941
Response due date: Jan. 06, 2025

Dear Taxpayer:

### WHY YOU'RE RECEIVING THIS LETTER

We're proposing changes to the form and tax period listed above to
reduce the amount of COVID-19 related employer credits you claimed
on an original or amended tax return for the reasons explained below.

Review the information below and send your response to the fax
number or address listed below. Protect yourself when sending digital
data by understanding the fax service's privacy and security policies.
Please allow us 30 days to review and reply to your response by
mail.

Fax your response to:
855-246-4884

Or mail it to:

Internal Revenue Service
1973 Rulon White Blvd M/S 5303
Ogden, UT 84404

### WHY WE'RE PROPOSING A CHANGE

Based on the number of employees you reported on Line 1 of your
employment tax return, the Employee Retention Credit (ERC) you
claimed exceeds the maximum for 2021. The ERC is 70% of the qualified
wages you paid to your employees. Qualified wages, including qualified
health plan expenses, are limited to a maximum of $10,000 for each
employee per calendar quarter in 2021. Therefore, the credit is
limited to $7,000 per employee, per quarter.

1. Employee count from tax return          53
2. Non-refundable ERC paid                  $49,616.00
3. Refundable ERC paid                      $327,009.47
4. Total ERC paid: Line 2 + Line 3          $376,625.47

**EXHIBIT 8 - IRS LETTER OF MISCALCULATION**

```
                                                                0463644885
                                            Dec. 16, 2024   LTR 6577C   3
                                            64-0466158     202106 01        1
                                                                00044526
```

SOUTH DELTA PLANNING & DEVELOPMENT
 DISTRICT INC
% EMILY LEWIS
PO BOX 851207
MOBILE   AL   36685-1207


5. Maximum ERC: $7,000 x Line 1          $371,000.00
6. Proposed ERC adjustment (increase
   to liability):
   Line 4 - Line 5                       $5,625.47
7. Non-refundable ERC adjustment         $.00
8. Refundable ERC adjustment             $5,625.47

You can find more information on credit eligibility at IRS.gov/erc.

### IF YOU AGREE WITH THE PROPOSED CHANGE

Submit a signed statement explaining you agree with the proposed
adjustments. If you don't submit payment, we'll send you a balance
due notice for the amount you owe plus any applicable penalties and
interest.

### IF YOU DISAGREE WITH THE PROPOSED CHANGE

Submit a signed statement explaining the reason you disagree with
the credit disallowance. Include any relevant facts that support
your claim.

### IF WE DON'T HEAR FROM YOU BY THE RESPONSE DUE DATE SHOWN AT THE TOP OF THIS LETTER

We'll disallow or reduce the credit as shown above. Your liability
will be increased by the amount of the adjustment plus any
applicable penalties and interest. We'll send you a balance due
notice for the amount you owe.

### Payment Options

Pay online or by phone using the Electronic Federal Tax Payment System
(EFTPS). Enroll at IRS.gov/EFTPS. Once enrolled, you can also schedule
payments and receive email notifications.

If you plan to mail a payment, consider the electronic options at
IRS.gov/payments first.

If you pay by check, money order, or cashier's check, make sure it's
payable to the U.S. Treasury.

Can't pay it all now?
- Apply for a payment plan (installment agreement) at IRS.gov/OPA.
- Consider an offer in compromise at IRS.gov/OIC.
- Request a temporary collection delay at IRS.gov/TempCollectionDelay.

**EXHIBIT 8 - IRS LETTER OF MISCALCULATION**



0463644885

Dec. 16, 2024   LTR 6577C    3
64-0466158    202106 01         1
00044527

SOUTH DELTA PLANNING & DEVELOPMENT
 DISTRICT INC
% EMILY LEWIS
PO BOX 851207
MOBILE  AL  36685-1207

### TAXPAYER RIGHTS AND SOURCES FOR ASSISTANCE

The Internal Revenue Code (IRC) gives taxpayers specific rights. The Taxpayer Bill of Rights groups these into 10 fundamental rights. See IRC Section 7803(a)(3). IRS employees are responsible for being familiar with and following these rights. For additional information about your taxpayer rights, please see Publication 1, Your Rights as a Taxpayer, or visit IRS.gov/taxpayer-bill-of-rights.

The Taxpayer Advocate Service (TAS) is an independent organization within the IRS that helps taxpayers and protects taxpayer rights. TAS can offer you help if your tax problem is causing a financial difficulty, you've tried but been unable to resolve your issue with the IRS, or you believe an IRS system, process, or procedure isn't working as it should. If you qualify for TAS assistance, which is always free, TAS will do everything possible to help you. To learn more, visit TaxpayerAdvocate.IRS.gov or call 877-777-4778.

Tax professionals who are independent from the IRS may be able to help you.

Low Income Taxpayer Clinics (LITCs) can represent low income persons before the IRS or in court. LITCs can also help persons who speak English as a second language. Any services provided by an LITC must be for free or a small fee. To find an LITC near you:
   - Go to TaxpayerAdvocate.IRS.gov/litcmap;
   - Download IRS Publication 4134, Low Income Taxpayer Clinic List, available at IRS.gov/forms; or
   - Call the IRS toll-free at 800-829-3676 and ask for a copy of Publication 4134.

State bar associations, state or local societies of accountants or enrolled agents, or other nonprofit tax professional organizations may also be able to provide referrals.

Find tax forms or publications by visiting IRS.gov/forms or calling 800-TAX-FORM (800-829-3676).

If you have questions, you can call 844-854-0075.

If you prefer, you can write to us at the address at the top of the first page of this letter.

When you write, include a copy of this letter, and write your telephone number and the hours we can reach you.

**EXHIBIT 8 - IRS LETTER OF MISCALCULATION**

```
                                              0463644885
                           Dec. 16, 2024   LTR 6577C    3
                           64-0466158    202106 01        1
                                              00044528
```

SOUTH DELTA PLANNING & DEVELOPMENT
 DISTRICT INC
% EMILY LEWIS
PO BOX 851207
MOBILE  AL  36685-1207


Keep a copy of this letter for your records.


                                 Sincerely yours,

                                 *Ms. Williams*

                                 Ms. Williams
                                 Operations Manager, Examination

EXHIBIT 8 - IRS LETTER OF MISCALCULATION



014138



# Notice 1462 (en-sp)

## Important! You Have More Time to File and Pay Your Taxes Due to a Disaster

The Federal Emergency Management Agency (FEMA) issued a disaster declaration for your area. This means the IRS has automatically granted you disaster relief which includes a **postponement of the deadline for you to file your return and make your payment.** This means you have additional time to pay beyond the due date listed on any other notice in this mailing.

**Please note: You do not need to contact us to get this extra time to pay; it is automatic.**

To determine your filing and payment due date, scan the code below or visit IRS.gov/ DisasterTaxRelief to locate your specific state and county by disaster area. Remember to **pay the amount you owe by the extended due date, to avoid paying additional penalties and interest.**



Scan here to find your extended payment due date based on your disaster area.

For disaster questions, please call the IRS Disaster Hotline at 866-562-5227.

Notice 1462 (en-sp) (Rev. 7-2023) Catalog Number 94158V
Department of the Treasury Internal Revenue Service
www.irs.gov

**EXHIBIT 8 - IRS LETTER OF MISCALCULATION**



# Aviso 1462 (en-sp)

¡Importante! Usted tiene más tiempo para presentar y pagar sus impuestos debido a un desastre

La Agencia Federal de Gestión de Emergencias (*FEMA*, por sus siglas en inglés) emitió una declaración de desastre para su área. Esto significa que el *IRS* le ha otorgado automáticamente alivio por desastre, que incluye un **aplazamiento de la fecha límite para que presente su declaración y realice su pago**. Esto significa que usted tiene tiempo adicional para pagar más allá de la fecha de vencimiento indicada en cualquier otro aviso en este correo.

**Por favor, tenga en cuenta: No es necesario que se comunique con nosotros para obtener este tiempo adicional para pagar; es automático.**

Para determinar la fecha de vencimiento de su presentación y pago, escanee el código a continuación o visite *IRS.gov/aliviopordesastre* para ubicar su estado y condado específicos por área de desastre. Recuerde **pagar la cantidad que adeuda para la fecha de vencimiento prorrogada, para evitar pagar multas e intereses adicionales.**



Escanee aquí para encontrar la fecha de vencimiento prorrogada de su pago, según su área de desastre.

Si tiene preguntas sobre desastres, por favor, llame al *IRS* a la línea directa de desastres, al 866-562-5227.

Notice 1462 (en-sp) (Rev. 7-2023) Catalog Number 94158V
Department of the Treasury Internal Revenue Service
www.irs.gov

**<span style="color:red">EXHIBIT 8 - IRS LETTER OF MISCALCULATION</span>**