4:25-cv-197-DMB-RP

**IRS** Department of the Treasury
Internal Revenue Service
1973 N Rulon White Blvd M/S 5303
Ogden UT 84404-0040

In reply refer to: 0463644885
Feb. 24, 2025 LTR 3064C 3
64-0466158 202106 01 1
00038023
BODC: TE

SOUTH DELTA PLANNING & DEVELOPMENT
DISTRICT INC
% EMILY LEWIS
PO BOX 851207
MOBILE AL 36685-1207

031953

Taxpayer identification number: 64-0466158
Tax periods: June 30, 2021

Form: 941

Dear Taxpayer:

Thank you for your response to the Letter 6577C. We have reviewed the information and circumstances you provided. We're pleased to tell you that the additional information resolved the issue in question and that our inquiry is now closed for the tax period(s) listed in the letter.

Find tax forms or publications by visiting IRS.gov/forms or calling 800-TAX-FORM (800-829-3676).

If you have questions, you can call 844-854-0075.

If you prefer, you can write to the address at the top of the first page of this letter.

When you write, include a copy of this letter, and write your telephone number and the hours we can reach you.

Keep a copy of this letter for your records.

Thank you for your cooperation.

**EXHIBIT 9 - IRS LETTER CORRECTION OF NO MISCALCULATION**