MISSISSIPPI STATE DEPARTMENT OF HEALTH

4:25-cv-197-DMB-RP

### This is an official
### MS Health Alert Network (HAN) Alert

| | |
|---|---|
| **MESSAGE ID:** | **MSHAN-20200804-00460-ALT (Health Alert)** |
| **RECIPIENTS:** | **All Physicians, Hospitals, ERs, ICPs, NPs, and Healthcare Providers – Statewide** |
| | **Tuesday, August 4, 2020** |
| **SUBJECT:** | **COVID-19 Isolation Order** |

Pursuant to Mississippi Code Ann. §§ 41-3-51, 41-3-15 et. seq., 41-23-1 et. seq. and the State of Emergency Declaration by the Governor of the State of Mississippi related to the coronavirus COVID- 19 issued on March 14, 2020, I, Thomas Dobbs, MD, MPH, State Health Officer, Executive Director of the Mississippi State Department of Health, hereby issue this statewide **Order for the Isolation of Individuals Diagnosed with COVID-19.**

All persons residing in Mississippi must immediately home-isolate on first knowledge of infection with COVID-19.

Persons infected with COVID-19, and not hospitalized, **must** remain in the home or other appropriate residential location for 14 days from onset of illness (or from the date of a positive test for those who are asymptomatic).

The failure or refusal to obey the lawful order of a health officer is, at a minimum, a misdemeanor punishable by a fine of $500.00 (41-3-59) or imprisonment for six months or both. If a life-threatening disease is involved, failure or refusal to obey the lawful order of a health officer is a felony, punishable by a fine of up to $5,000.00 or imprisonment for up to five years or both (41-23-2).

Persons infected with COVID-19 should limit exposure to household contacts. No visitors should be allowed in the home. Please stay in a specific room away from others in your home. Use a separate bathroom if available. If you need to be around others in your home, you should wear a facemask. Please see https://www.cdc.gov/coronavirus/2019-ncov/hcp/guidance-prevent-spread.html for guidance on preventing transmission in the home.

Effective this 4th day of August 2020.

Thomas Dobbs, MD, MPH
State Health Officer

570 East Woodrow Wilson ● Post Office Box 1700 ● Jackson, MS 39215-1700
601-576-8090 ● 1-866-HLTHY4U ● www.HealthyMS.com

*Equal Opportunity in Employment/Services*

**EXHIBIT 12 - MSDH ISOLATION ORDER, 8/4/2020**

MISSISSIPPI STATE DEPARTMENT OF HEALTH

*Alerting Message Specification Settings*

| | |
|---|---|
| **Originating Agency:** | Mississippi State Department of Health |
| **Alerting Program:** | MS Health Alert Network (MS HAN) |
| **Message Identifier:** | MSHAN-20200804-00460-ALT |
| **Program (HAN) Type:** | Health Alert |
| **Status (Type):** | Actual () |
| **Message Type:** | Alert |
| **Reference:** | MSHAN-00460 |
| **Severity:** | Unknown |
| **Acknowledgement:** | No |
| **Sensitive:** | Not Sensitive |
| **Message Expiration:** | Undetermined |
| **Urgency:** | Undetermined |
| **Delivery Time:** | 600 minutes |

## *Definition of Alerting Vocabulary and Message Specification Settings*

**Originating Agency:** A unique identifier for the agency originating the alert.

**Alerting Program:** The program sending the alert or engaging in alerts and communications using PHIN Communication and Alerting (PCA) as a vehicle for their delivery.

**Message Identifier:** A unique alert identifier that is generated upon alert activation (MSHAN-yyymmdd-hhmm-TTT (**ALT=Health Alert, ADV=Health Advisory**, **UPD=Health Update**, **MSG/INFO=Message/Info Service**).

**Program (HAN) Type:** Categories of Health Alert Messages**.**

**Health Alert**: Conveys the highest level of importance; warrants immediate action or attention.

**Health Advisory**: Provides important information for a specific incident or situation; may not require immediate action.

**Health Update**: Provides updated information regarding an incident or situation; unlikely to require immediate action.

**Health Info Service**: Provides Message / Notification of general public health information; unlikely to require immediate action.

**Status (Type):**

| | |
|---|---|
| Actual: | Communication or alert refers to a live event |
| Exercise: | Designated recipients must respond to the communication or alert |
| Test: | Communication or alert is related to a technical, system test and should be disregarded |

570 East Woodrow Wilson  ●  Post Office Box 1700  ●  Jackson, MS 39215-1700
601-576-8090  ●  1-866-HLTHY4U  ●  www.HealthyMS.com

*Equal Opportunity in Employment/Services*

**EXHIBIT 12 - MSDH ISOLATION ORDER, 8/4/2020**



MISSISSIPPI STATE DEPARTMENT OF HEALTH

**Message Type:**

| | |
|---|---|
| Alert: | Indicates an original Alert |
| Update: | Indicates prior alert has been Updated and/or superseded |
| Cancel: | Indicates prior alert has been cancelled |
| Error: | Indicates prior alert has been retracted |

**Reference:** For a communication or alert with a Message Type of "Update" or "Cancel", this attribute contains the unique Message Identifier of the original communication or alert being updated or cancelled. "n/a" = Not Applicable.

**Severity:**

| | |
|---|---|
| Extreme: | Extraordinary threat to life or property |
| Severe: | Significant threat to life or property |
| Moderate: | Possible threat to life or property |
| Minor: | Minimal threat to life or property |
| Unknown: | Unknown threat to life or property |

**Acknowledgement:** Indicates whether an acknowledgement on the part of the recipient is required to confirm that the alert was received, and the timeframe in which a response is required (Yes or No).

**Sensitive:**

| | |
|---|---|
| Sensitive: | Indicates the alert contains sensitive content |
| Not Sensitive: | Indicates non-sensitive content |

**Message Expiration:** Undetermined.

**Urgency:** Undetermined. Responsive action should be taken immediately.

**Delivery Time:** Indicates the timeframe for delivery of the alert (15, 60, 1440, 4320 minutes (.25, 1, 24, 72 hours)).

570 East Woodrow Wilson ● Post Office Box 1700 ● Jackson, MS 39215-1700
601-576-8090 ● 1-866-HLTHY4U ● www.HealthyMS.com

*Equal Opportunity in Employment/Services*

**EXHIBIT 12 - MSDH ISOLATION ORDER, 8/4/2020**

# AFFIDAVIT OF AUTHENTICITY

I, ___David Trewolla, Jr.___, declare under penalty of perjury that the foregoing Health Alerts (63 listed below) from the Mississippi State Department of Health are true and correct certified copies, and that I am authorized to make these representations on behalf of the Mississippi State Department of Health.

Dated, this the 8th day of November 2025.

Seal

My Commission Expires:

Notary Public

1. Probable Community Spread Identified and a *Updated Guidance*, 2020-02-29, MSHAN-20200229-00428-ALT (Health Alert)
2. *Testing* at the Public Health Laboratory No Longer Requires Prior Approval From MSDH, 2020-03-11, MSHAN 2020311-00431-ALT (Health Alert)
3. MSDH *Testing* Priorities and Submission of Samples to the Mississippi Public Health Laboratory, 2020-03-17, MSHAN-2020317-00432-ALT (Health Alert)
4. *Recommendations for Immediate Home Isolation* for Individuals Tested for COVID-19, 2020-04-01, MSHAN-20200401-00437-ALT (Health Alert)
5. MSDH *Guidance for Discontinuation* of Isolation and Transmission-Based Precautions in Patients with COVID-19, 2020-05-07, MSHAN-20200507-00445-ALT (Health Alert)
6. *Updated Guidelines* for Submitting COVID-19 Reports to MSDH, 2020-06-24, MSHAN-20200624-00452-ALT (Health Alert)
7. MSDH COVID-19 Updated—*Quarantine and Isolation Instructions*, 2020-07-20, MSHAN-20200720-00459-ALT (Health Alert)
8. MSDH *Guidelines* for K-12 Reopening During COVID-19 September 2020, 2020-09-08, MSHAN-20200908-00468-ALT (Health Alert)
9. SARS-CoV-2 (COVID-19) Laboratory Results—*Updates to Required Reporting*, 2020-11-16, MSHAN-20201116-00474-ALT (Health Alert)
10. *Options* for Reduced Quarantine Period for Contacts to SARS-CoV-2 (COVID-19) Infected Persons, 2020-12-08, MSHAN-20201208-00480-ALT (Health Alert)
11. Updated COVID-19 *Quarantine Guidance* for Fully Vaccinated Individuals, 2021-02-15, MSHAN-20210215-00499-ALT (Health Alert)
12. *Emerging Variants* of Concern or Interest, Mississippi, 2021-05-21, MSHAN-20210521-00519-ALT (Health Alert)
13. Enhanced SARS-CoV-2 *Variant Strain Surveillance*, 2021-06-03, MSHAN-20210603-00521-ALT (Health Alert)
14. *Required Reporting of All COVID-19 Related Deaths*, 2021-08-21, MSHAN-20210821-00526-ALT (Health Alert)
15. *Modification to Required Reporting* of All COVID-19 Related Deaths to Include Information Regarding Deaths in Pregnancy, 2021-09-13, MSHAN-20210913-00537-ALT (Health Alert)
16. COVID-19 Health Alert: *Postpone Effective Medical Procedures and Non-Essential Medical Visits*, 2020-03-19, MSHAN-2020-319-00433-ALT (Health Alert)
17. CMS Elective Surgery and Procedures *Recommendations*, 2020-03-26, MSHAN-20200326-00436-ALT (Health Alert)
18. *Recommendations* for Universal Masks for Healthcare Professionals, 2020-04-04, MSHAN-20200404-00438-ALT (Health Alert)
19. *Updated Recommendations* for Universal Masks for Healthcare Professionals, 2020-04-05, MSHAN-20200405-00439-ALT (Health Alert)
20. *Executive Order No. 1470 Issued* by Governor Reeves, 2020-04-15, MSHAN-20200415-00441-ALT (Health Alert)
21. State Health Officer's Order: COVID-19 Outpatient Medical Services and Elective *Surgery*, 2020-04-20, MSHAN-20200424-00443-ALT (Health Alert)
22. State Health Officer's Order: Mississippi State Health Officer's Order for the Provision of Essential and Non-Essential *Dental Procedures*, 2020-04-26, MSHAN-20200426-00444-ALT (Health Alert)
23. State Health Officer's Order: COVID-19 State Health Officer *Outpatient Medical* Services Elective Surgeries, 2020-05-07, MSHAN-20200507-00446-ALT (Health Alert)
24. State Health Officer's Order: COVID-19 State Health Officer *Dental*, 2020-05-07, MSHAN-20200507-00447-ALT (Health Alert)
25. State Health Officer's Order: COVID-19 State Health Officer Order for *Outpatient and Inpatient Medical Services*, 2020-06-01, MSHAN-20200601-00449-ALT (Health Alert)
26. State Health Officer's Order: COVID-19 State Health Officer Order for *Outpatient and Inpatient Medical Services*, 2020-06-19, MSHAN-20200619-00451-ALT (Health Alert)
27. State Health Officer's Order: *Postpone Non-Urgent Surgeries* and Procedures Requiring Hospitalization in Selected Counties, 2020-07-07, MSHAN-20200707-00453-ALT (Health Alert)
28. State Health Officer's Order: *Postpone Non-Urgent Surgeries* and Procedures Requiring Hospitalization Statewide, 2020-07-10, MSHAN-20200710-00455-ALT (Health Alert)

Page **1** of **2**

**EXHIBIT 12 - MSDH ISOLATION ORDER, 8/4/2020**

29. State Health Officer's Order: COVID-19 State Health Officer Order for *Outpatient and Inpatient Medical Services*, 2020-07-17, MSHAN-20200717-00457-ALT (Health Alert)

30. State Health Officer's Order: COVID-19 State Health Officer Order for *Inpatient Medical Capacity*, 2020-07-18, MSHAN-20200718-00458-ALT (Health Alert)

31. COVID-19 *Isolation Order*, 2020-08-04, MSHAN-20200804-00460-ALT (Health Alert)

32. COVID-19 *Isolation Order*, 2020-08-04, MSHAN-20200804-00461-ALT (Health Alert)

33. State Health Officer's Order, 2020-08-06, MSHAN-20200806-00462-ALT (Health Alert)

34. *Requirement for Mississippi K-12 Schools to Report* COVID-19, 2020-08-14, MSHAN-2020814-00463-ALT (Health Alert)

35. State Health Officer's *Order*, 2020-08-21, MSHAN-20200821-00464-ALT (Health Alert)

36. Mississippi State Department of Health COVID-19 COVID Isolation, Quarantine and *Outbreak Guidelines for Colleges and Universities*, 2020-08-27, MSHAN-20200827-00465-ALT (Health Alert)

37. COVID-19 SHO *Isolation Order*, 2020-09-08, MSHAN-20200908-00467-ALT (Health Alert)

38. Mississippi State Department of Health COVID-19 Public Health *Guidance* for Healthcare Settings, 2020-10-02, MSHAN-20201002-00470-ALT (Health Alert)

39. COVID-19 *Isolation Order*, 2020-11-17, MSHAN-20201117-00475-ALT (Health Alert)

40. COVID-19 Quarantine Order, 2020-11-17, MSHAN-20201117-00476-ALT (Health Alert)

41. MS Residents Advised to *Avoid Social Gatherings*, 2020-12-02, MSHAN-20201202-00478-ALT (Health Alert)

42. Updated COVID-19 *Quarantine Order*, 2020-12-10, MSHAN-20201210-00481-ALT (Health Alert)

43. COVID-19 State Health Officer *Order on Inpatient Medical Capacity*, 12/11/2020, 2020-12-11, MSHAN-20201211-00483-ALT (Health Alert)

44. State Health Officer's Order: *Mandatory Hospital Participation* in the Mississippi COVID-19 System of Care, 2020-12-13, MSHAN-20201213-00484-ALT (Health Alert)

45. State Health Officer's Order: *Mandatory Hospital Participation* in Mississippi COVID-19 System of Care Plan Extended, 2020-12-22, MSHAN-20201222-00486-ALT (Health Alert)

46. State Health Officer's Order: *Delayed Provision of Elective and Non-Urgent Medical Services and Surgery Extended*, 2020-12-22, MSHAN-20201222-00487-ALT (Health Alert)

47. State Health Officer's *Order: Inpatient Medical Capacity*, 2020-12-30, MSHAN-20201230-00488-ALT (Health Alert)

48. State Health Officer's Order SOC: *Crisis Operations – Critical Care and Medical/Surgical Management*, 12/30/2020, 2020-12-30, MSHAN-20201230-00490-ALT (Health Alert)

49. State Health Officer SOC 12/30/2020 *Clarification: Crisis Operations – Critical Care Services*, 2020-12-30, MSHAN-20201230-00491-ALT (Health Alert)

50. State Health Officer Order 01/18/2021 *Crisis Operations – Critical Care Services*, 2021-01-18, MSHAN-20200118-00495-ALT (Health Alert)

51. State Health Officer Order 01/25/2021 *Crisis Operations – Critical Care Services*, 2021-01-25, MSHAN-20210125-00496-ALT (Health Alert)

52. State Health Officer Order 02/01/2021 *Crisis Operations – Critical Care Services*, 2021-02-01, MSHAN-20210201-00497-ALT (Health Alert)

53. State Health Officer's Order, *Nursing Home and Assisted Living Facility Employee Vaccination*, 2021-06-30, MSHAN-20210630-00524-ALT (Health Alert)

54. State Health Officer's Order: *Mandatory Hospital Participation* in Mississippi COVID-19 System of Care Plan and Delay of Elective Procedures, 2021-08-15, MSHAN-20210815-00528-ALT (Health Alert)

55. State Health Officer's *Order*: Certified Paramedics, Advanced Emergency Medical Technicians and Medical Technicians Allowed to Provide Care in Hospital Settings, 2021-08-18, MSHAN-20210818-00531-ALT (Health Alert)

56. State Health Officer's *Order*: Certified Paramedics, Advanced Emergency Medical Technicians and Emergency Medical Technicians, 2021-08-20, MSHAN-20210820-00533-ALT (Health Alert)

57. COVID-19 *Isolation Order*, 2021-08-20, MSHAN-20210820-00534-ALT (Health Alert)

58. State Health Officer's Order: *Mandatory Hospital Participation* in Mississippi COVID-19 System of Care Plan and Delay of Elective Procedures, 2021-08-30, MSHAN-20210830-00535-ALT (Health Alert)

59. State Health Officer's Order: *Mandatory Hospital Participation* in Mississippi COVID-19 System of Care Plan, 2021-09-07, MSHAN-20210907-00537-ALT (Health Alert)

60. State Health Officer's Order: *Mandatory Hospital Participation* in Mississippi COVID-19 System of Care Plan, 2021-09-15, MSHAN-20210915-00540-ALT (Health Alert)

61. State Health Officer's Order: *Mandatory Hospital Participation* in Mississippi COVID-19 System of Care Plan, 2021-09-22, MSHAN-20210922-00541-ALT (Health Alert)

62. State Health Officer's Order: *Nursing Home and Assisted Living Facility Employee Vaccination*, 2021-09-29, MSHAN-20210929-00544-ALT (Health Alert

63. Mississippi State Department of Health COVID-19 COVID Isolation, Quarantine and *Outbreak Guidelines for Colleges and Universities*, 2020-09-02, MSHAN-20200902-00466-ALT (Health Alert)

**EXHIBIT 12 - MSDH ISOLATION ORDER, 8/4/2020**