

4:25-cv-197-DMB-RP

**MISSISSIPPI STATE DEPARTMENT OF HEALTH**

**This is an official**
**MS Health Alert Network (HAN) Alert**

| | |
|---|---|
| **MESSAGE ID:** | **MSHAN-20201210-00481-ALT (Health Alert)** |
| **RECIPIENTS:** | **All Physicians, Hospitals, ERs, ICPs, NPs, and Healthcare Providers – Statewide** |
| | **Thursday, December 10, 2020** |
| **SUBJECT:** | **UPDATED COVID-19 QUARANTINE ORDER** |

Pursuant to Mississippi Code Ann. § 41-23-1 et. seq. and the State of Emergency Declaration by the Governor of the State of Mississippi related to the coronavirus COVID-19 issued on March 14, 2020, I, Thomas Dobbs, MD, MPH, State Health Officer, Executive Director of the Mississippi State Department of Health, hereby issue this statewide Order for the Quarantine of All Household Members of a Person with COVID-19.

**All household members of a person diagnosed with COVID-19 in Mississippi must immediately home-quarantine for a minimum of 10 days (or 7 days with negative testing) consistent with MSDH guidelines** (https://msdh.ms.gov/msdhsite/_static/resources/11825.pdf ).

If your employer deems you essential, you may continue to work as long as you have no symptoms consistent with COVID-19 infection, you undergo symptom and temperature monitoring by your employer, and you wear a mask the entire time you are at work. If you do return to work, you must continue to self-quarantine at home at all other times. If you develop symptoms of COVID-19, you must immediately leave work and be assessed for COVID-19.

You are not permitted to attend social events or interact with others outside of your household for the duration of quarantine.

It is also recommended, but not required, that you undergo testing for COVID-19 infection after known exposure.

The failure or refusal to obey the lawful order of a health officer is, at a minimum, a misdemeanor punishable by a fine of $500.00 (§ 41-3-59) or imprisonment for six months or both. If a life-threatening disease is involved, failure or refusal to obey the lawful order of a health officer is a felony, punishable by a fine of up to $5,000.00 or imprisonment for up to five years or both (§ 41-23-2).

Effective this 10th day of December 2020.

Thomas Dobbs, MD, MPH
State Health Officer

570 East Woodrow Wilson ● Post Office Box 1700 ● Jackson, MS 39215-1700
601-576-8090 ● 1-866-HLTHY4U ● www.HealthyMS.com

*Equal Opportunity in Employment/Services*

**EXHIBIT 16 - MSDH QUARANTINE ORDER, 10/10/2020**



MISSISSIPPI STATE DEPARTMENT OF HEALTH

*Alerting Message Specification Settings*

| | |
|---|---|
| **Originating Agency:** | Mississippi State Department of Health |
| **Alerting Program:** | MS Health Alert Network (MS HAN) |
| **Message Identifier:** | MSHAN-20201210-00481-ALT |
| **Program (HAN) Type:** | Health Alert |
| **Status (Type):** | Actual () |
| **Message Type:** | Alert |
| **Reference:** | MSHAN-00481 |
| **Severity:** | Unknown |
| **Acknowledgement:** | No |
| **Sensitive:** | Not Sensitive |
| **Message Expiration:** | Undetermined |
| **Urgency:** | Undetermined |
| **Delivery Time:** | 600 minutes |

## *Definition of Alerting Vocabulary and Message Specification Settings*

| | |
|---|---|
| **Originating Agency:** | A unique identifier for the agency originating the alert. |
| **Alerting Program:** | The program sending the alert or engaging in alerts and communications using PHIN Communication and Alerting (PCA) as a vehicle for their delivery. |
| **Message Identifier:** | A unique alert identifier that is generated upon alert activation (MSHAN-yyymmdd-hhmm-TTT (**ALT=Health Alert**, **ADV=Health Advisory**, **UPD=Health Update**, **MSG/INFO=Message/Info Service**). |
| **Program (HAN) Type:** | Categories of Health Alert Messages**.** |
| **Health Alert**: | Conveys the highest level of importance; warrants immediate action or attention. |
| **Health Advisory**: | Provides important information for a specific incident or situation; may not require immediate action. |
| **Health Update**: | Provides updated information regarding an incident or situation; unlikely to require immediate action. |
| **Health Info Service**: | Provides Message / Notification of general public health information; unlikely to require immediate action. |

**Status (Type):**

| | | |
|---|---|---|
| | Actual: | Communication or alert refers to a live event |
| | Exercise: | Designated recipients must respond to the communication or alert |
| | Test: | Communication or alert is related to a technical, system test and should be disregarded |

570 East Woodrow Wilson  ●  Post Office Box 1700  ●  Jackson, MS 39215-1700
601-576-8090  ●  1-866-HLTHY4U  ●  www.HealthyMS.com

*Equal Opportunity in Employment/Services*

**EXHIBIT 16 - MSDH QUARANTINE ORDER, 10/10/2020**



**Message Type:**

| | |
|---|---|
| Alert: | Indicates an original Alert |
| Update: | Indicates prior alert has been Updated and/or superseded |
| Cancel: | Indicates prior alert has been cancelled |
| Error: | Indicates prior alert has been retracted |

**Reference:** For a communication or alert with a Message Type of "Update" or "Cancel", this attribute contains the unique Message Identifier of the original communication or alert being updated or cancelled. "n/a" = Not Applicable.

**Severity:**

| | |
|---|---|
| Extreme: | Extraordinary threat to life or property |
| Severe: | Significant threat to life or property |
| Moderate: | Possible threat to life or property |
| Minor: | Minimal threat to life or property |
| Unknown: | Unknown threat to life or property |

**Acknowledgement:** Indicates whether an acknowledgement on the part of the recipient is required to confirm that the alert was received, and the timeframe in which a response is required (Yes or No).

**Sensitive:**

| | |
|---|---|
| Sensitive: | Indicates the alert contains sensitive content |
| Not Sensitive: | Indicates non-sensitive content |

**Message Expiration:** Undetermined.

**Urgency:** Undetermined. Responsive action should be taken immediately.

**Delivery Time:** Indicates the timeframe for delivery of the alert (15, 60, 1440, 4320 minutes (.25, 1, 24, 72 hours)).

570 East Woodrow Wilson ● Post Office Box 1700 ● Jackson, MS 39215-1700
601-576-8090 ● 1-866-HLTHY4U ● www.HealthyMS.com

*Equal Opportunity in Employment/Services*

**EXHIBIT 16 - MSDH QUARANTINE ORDER, 10/10/2020**

## AFFIDAVIT OF AUTHENTICITY

I, _David Trewolla, Jr._ , declare under penalty of perjury that the foregoing Health Alerts (63 listed below) from the Mississippi State Department of Health are true and correct certified copies, and that I am authorized to make these representations on behalf of the Mississippi State Department of Health.

Dated, this the 8th day of November 2025.

Seal                                          Notary Public

My Commission Expires:

1. Probable Community Spread Identified and is *Updated Guidance*, 2020-02-29, MSHAN-20200229-00428-ALT (Health Alert)
2. *Testing* at the Public Health Laboratory No Longer Requires Prior Approval From MSDH, 2020-03-11, MSHAN 2020311-00431-ALT (Health Alert)
3. MSDH *Testing* Priorities and Submission of Samples to the Mississippi Public Health Laboratory, 2020-03-17, MSHAN-2020317-00432-ALT (Health Alert)
4. *Recommendations for Immediate Home Isolation* for Individuals Tested for COVID-19, 2020-04-01, MSHAN-20200401-00437-ALT (Health Alert)
5. MSDH *Guidance for Discontinuation* of Isolation and Transmission-Based Precautions in Patients with COVID-19, 2020-05-07, MSHAN-20200507-00445-ALT (Health Alert)
6. *Updated Guidelines* for Submitting COVID-19 Reports to MSDH, 2020-06-24, MSHAN-20200624-00452-ALT (Health Alert)
7. MSDH COVID-19 Updated—*Quarantine and Isolation Instructions*, 2020-07-20, MSHAN-20200720-00459-ALT (Health Alert)
8. MSDH *Guidelines* for K-12 Reopening During COVID-19 September 2020, 2020-09-08, MSHAN-20200908-00468-ALT (Health Alert)
9. SARS-CoV-2 (COVID-19) Laboratory Results—*Updates to Required Reporting*, 2020-11-16, MSHAN-20201116-00474-ALT (Health Alert)
10. *Options* for Reduced Quarantine Period for Contacts to SARS-CoV-2 (COVID-19) Infected Persons, 2020-12-08, MSHAN-20201208-00480-ALT (Health Alert)
11. Updated COVID-19 *Quarantine Guidance* for Fully Vaccinated Individuals, 2021-02-15, MSHAN-20210215-00499-ALT (Health Alert)
12. *Emerging Variants* of Concern or Interest, Mississippi, 2021-05-21, MSHAN-20210521-00519-ALT (Health Alert)
13. Enhanced SARS-CoV-2 *Variant Strain Surveillance*, 2021-06-03, MSHAN-20210603-00521-ALT (Health Alert)
14. *Required Reporting of All COVID-19 Related Deaths*, 2021-08-21, MSHAN-20210821-00526-ALT (Health Alert)
15. *Modification to Required Reporting* of All COVID-19 Related Deaths to Include Information Regarding Deaths in Pregnancy, 2021-09-13, MSHAN-20210913-00537-ALT (Health Alert)
16. COVID-19 Health Alert: *Postpone Effective Medical Procedures and Non-Essential Medical Visits*, 2020-03-19, MSHAN-2020-319-00433-ALT (Health Alert)
17. CMS Elective Surgery and Procedures *Recommendations*, 2020-03-26, MSHAN-20200326-00436-ALT (Health Alert)
18. *Recommendations* for Universal Masks for Healthcare Professionals, 2020-04-04, MSHAN-20200404-00438-ALT (Health Alert)
19. *Updated Recommendations* for Universal Masks for Healthcare Professionals, 2020-04-05, MSHAN-20200405-00439-ALT (Health Alert)
20. *Executive Order No. 1470 Issued* by Governor Reeves, 2020-04-15, MSHAN-20200415-00441-ALT (Health Alert)
21. State Health Officer's Order: COVID-19 Outpatient Medical Services and Elective *Surgery*, 2020-04-20, MSHAN-20200424-00443-ALT (Health Alert)
22. State Health Officer's Order: Mississippi State Health Officer's Order for the Provision of Essential and Non-Essential *Dental Procedures*, 2020-04-26, MSHAN-20200426-00444-ALT (Health Alert)
23. State Health Officer's Order: COVID-19 State Health Officer *Outpatient Medical* Services Elective Surgeries, 2020-05-07, MSHAN-20200507-00446-ALT (Health Alert)
24. State Health Officer's Order: COVID-19 State Health Officer *Dental*, 2020-05-07, MSHAN-20200507-00447-ALT (Health Alert)
25. State Health Officer's Order: COVID-19 State Health Officer Order for *Outpatient and Inpatient Medical Services*, 2020-06-01, MSHAN-20200601-00449-ALT (Health Alert)
26. State Health Officer's Order: COVID-19 State Health Officer Order for *Outpatient and Inpatient Medical Services*, 2020-06-19, MSHAN-20200619-00451-ALT (Health Alert)
27. State Health Officer's Order: *Postpone Non-Urgent Surgeries* and Procedures Requiring Hospitalization in Selected Counties, 2020-07-07, MSHAN-20200707-00453-ALT (Health Alert)
28. State Health Officer's Order: *Postpone Non-Urgent Surgeries* and Procedures Requiring Hospitalization Statewide, 2020-07-10, MSHAN-20200710-00455-ALT (Health Alert)

Page **1** of **2**

**EXHIBIT 16 - MSDH QUARANTINE ORDER, 10/10/2020**

29. State Health Officer's Order: COVID-19 State Health Officer Order for *Outpatient and Inpatient Medical Services*, 2020-07-17, MSHAN-20200717-00457-ALT (Health Alert)

30. State Health Officer's Order: COVID-19 State Health Officer Order for *Inpatient Medical Capacity*, 2020-07-18, MSHAN-20200718-00458-ALT (Health Alert)

31. COVID-19 *Isolation Order*, 2020-08-04, MSHAN-20200804-00460-ALT (Health Alert)

32. COVID-19 *Isolation Order*, 2020-08-04, MSHAN-20200804-00461-ALT (Health Alert)

33. State Health Officer's Order, 2020-08-06, MSHAN-20200806-00462-ALT (Health Alert)

34. *Requirement for Mississippi K-12 Schools to Report* COVID-19, 2020-08-14, MSHAN-2020814-00463-ALT (Health Alert)

35. State Health Officer's *Order*, 2020-08-21, MSHAN-20200821-00464-ALT (Health Alert)

36. Mississippi State Department of Health COVID-19 COVID Isolation, Quarantine and *Outbreak Guidelines for Colleges and Universities*, 2020-08-27, MSHAN-20200827-00465-ALT (Health Alert)

37. COVID-19 SHO *Isolation Order*, 2020-09-08, MSHAN-20200908-00467-ALT (Health Alert)

38. Mississippi State Department of Health COVID-19 Public Health *Guidance* for Healthcare Settings, 2020-10-02, MSHAN-20201002-00470-ALT (Health Alert)

39. COVID-19 *Isolation Order*, 2020-11-17, MSHAN-20201117-00475-ALT (Health Alert)

40. COVID-19 Quarantine Order, 2020-11-17, MSHAN-20201117-00476-ALT (Health Alert)

41. MS Residents Advised to *Avoid Social Gatherings*, 2020-12-02, MSHAN-20201202-00478-ALT (Health Alert)

42. Updated COVID-19 *Quarantine Order*, 2020-12-10, MSHAN-20201210-00481-ALT (Health Alert)

43. COVID-19 State Health Officer *Order on Inpatient Medical Capacity*, 12/11/2020, 2020-12-11, MSHAN-20201211-00483-ALT (Health Alert)

44. State Health Officer's Order: *Mandatory Hospital Participation* in the Mississippi COVID-19 System of Care, 2020-12-13, MSHAN-20201213-00484-ALT (Health Alert)

45. State Health Officer's Order: *Mandatory Hospital Participation* in Mississippi COVID-19 System of Care Plan Extended, 2020-12-22, MSHAN-20201222-00486-ALT (Health Alert)

46. State Health Officer's Order: *Delayed Provision of Elective and Non-Urgent Medical Services and Surgery Extended*, 2020-12-22, MSHAN-20201222-00487-ALT (Health Alert)

47. State Health Officer's *Order: Inpatient Medical Capacity*, 2020-12-30, MSHAN-20201230-00488-ALT (Health Alert)

48. State Health Officer's Order SOC: *Crisis Operations – Critical Care and Medical/Surgical Management*, 12/30/2020, 2020-12-30, MSHAN-20201230-00490-ALT (Health Alert)

49. State Health Officer SOC 12/30/2020 *Clarification: Crisis Operations – Critical Care Services*, 2020-12-30, MSHAN-20201230-00491-ALT (Health Alert)

50. State Health Officer Order 01/18/2021 *Crisis Operations – Critical Care Services*, 2021-01-18, MSHAN-20200118-00495-ALT (Health Alert)

51. State Health Officer Order 01/25/2021 *Crisis Operations – Critical Care Services*, 2021-01-25, MSHAN-20210125-00496-ALT (Health Alert)

52. State Health Officer Order 02/01/2021 *Crisis Operations – Critical Care Services*, 2021-02-01, MSHAN-20210201-00497-ALT (Health Alert)

53. State Health Officer's Order, *Nursing Home and Assisted Living Facility Employee Vaccination*, 2021-06-30, MSHAN-20210630-00524-ALT (Health Alert)

54. State Health Officer's Order: *Mandatory Hospital Participation* in Mississippi COVID-19 System of Care Plan and Delay of Elective Procedures, 2021-08-15, MSHAN-20210815-00528-ALT (Health Alert)

55. State Health Officer's *Order*: Certified Paramedics, Advanced Emergency Medical Technicians and Medical Technicians Allowed to Provide Care in Hospital Settings, 2021-08-18, MSHAN-20210818-00531-ALT (Health Alert)

56. State Health Officer's *Order*: Certified Paramedics, Advanced Emergency Medical Technicians and Emergency Medical Technicians, 2021-08-20, MSHAN-20210820-00533-ALT (Health Alert)

57. COVID-19 *Isolation Order*, 2021-08-20, MSHAN-20210820-00534-ALT (Health Alert)

58. State Health Officer's Order: *Mandatory Hospital Participation* in Mississippi COVID-19 System of Care Plan and Delay of Elective Procedures, 2021-08-30, MSHAN-20210830-00535-ALT (Health Alert)

59. State Health Officer's Order: *Mandatory Hospital Participation* in Mississippi COVID-19 System of Care Plan, 2021-09-07, MSHAN-20210907-00537-ALT (Health Alert)

60. State Health Officer's Order: *Mandatory Hospital Participation* in Mississippi COVID-19 System of Care Plan, 2021-09-15, MSHAN-20210915-00540-ALT (Health Alert)

61. State Health Officer's Order: *Mandatory Hospital Participation* in Mississippi COVID-19 System of Care Plan, 2021-09-22, MSHAN-20210922-00541-ALT (Health Alert)

62. State Health Officer's Order: *Nursing Home and Assisted Living Facility Employee Vaccination*, 2021-09-29, MSHAN-20210929-00544-ALT (Health Alert

63. Mississippi State Department of Health COVID-19 COVID Isolation, Quarantine and *Outbreak Guidelines for Colleges and Universities*, 2020-09-02, MSHAN-20200902-00466-ALT (Health Alert)

**EXHIBIT 16 - MSDH QUARANTINE ORDER, 10/10/2020**